People v Laird

2026 NY Slip Op 02564

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

v

CRAIG E. LAIRD, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

294 KA 24-01950

Present: Lindley, J.P., Curran, Ogden, Nowak, And Delconte, JJ.

RYAN JAMES MULDOON, AUBURN, FOR DEFENDANT-APPELLANT.

BRITTANY GROME ANTONACCI, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered October 3, 2024. The judgment convicted defendant, upon a guilty plea, of aggravated family offense (four counts) and criminal contempt in the second degree.

[*1]

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court